UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL K. JASER )<br>　　Plaintiff )<br> )<br>v. )<br> )<br>CHEVROLET OF MILFORD, INC. AND )<br>GENERAL MOTORS LLC )<br>　　Defendants )<br> ) | CIVIL ACTION NO.<br>3:20-cv-00451-VLB<br><br><br><br><br><br><br>FEBRUARY 5, 2021 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Michael K. Jaser, through his attorney, and the defendants, Chevrolet of Milford, Inc. and General Motors LLC, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

　　　　　　　　　　　　PLAINTIFF, MICHAEL K. JASER,

　　　　　　　　　　　　By: /s/ *Daniel S. Blinn*
　　　　　　　　　　　　　　Daniel S. Blinn (ct02188)
　　　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　　　35 Cold Spring Rd. Suite 512
　　　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　　　Tel. (860) 571-0408
　　　　　　　　　　　　　　Fax (860) 571-7457

**DEFENDANT, CHEVROLET OF MILFORD**

By: /s/ *Brian L. LeClerc*
Brian L. LeClerc (ct02178)
bleclerc@berchemmoses.com
Berchem Moses PC
75 Broad Street
Milford, CT 06460
Tel: (203) 783-1200

**DEFENDANT, GENERAL MOTORS LLC**

By: /s/ *Mark W. Skanes*
Mark W. Skanes (ct29110)
mskanes@theroselawfirm.com
RoseWaldorf PLLC
501 New Karner Road
Albany, NY 12205
Tel: (518) 869-9200

## CERTIFICATION

I hereby certify that on this 5th day of February, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
Daniel S. Blinn